BEFORE THE SECOND DIVISION, OCTOBER 20, 1959

No. 63447.—Lucas Electrical Services, Inc., et al. v. United States, protests 58/4657, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C.D. 1776), the claim of the plaintiffs was sustained.